UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN FITZGEARLD HARRINGTON,

              Petitioner,

   v.

UNITED STATES OF AMERICA,

              Respondent.

Case No. C22-00667-RSM-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Dkt. 1, is DISMISSED without prejudice.

(3)    Petitioner's "motion to dismiss", Dkt. 5, is DENIED.

//

//

//

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

DATED this 22nd day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2